LUCIAN GRECO, JR., ESQ.
Nevada State Bar No. 10600
MELISSA INGLEBY, ESQ.
Nevada State Bar No. 12935
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. TOWN CENTER DRIVE
SUITE 250
LAS VEGAS, NV 89144
TELEPHONE:    (702) 258-6665
FACSIMILE:(702) 258-6662
lgreco@bremerwhyte.com
mingleby@bremerwhyte.com

Attorneys for Defendant,
SPARKS MARKETING, LLC

# UNTED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PIRAYEH M. NAJMABADI, an individual,<br><br>          Plaintiff,<br><br>     vs.<br><br>THELIOS USA INC., a Foreign Corporation; LVMH MOET HENNESSY LOUIS VUITTON INC., a Foreign Corporation; SPARKS MARKETING LLC, a Foreign Limited-Liability Company; DOES I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>          Defendants. | Case No. 2:24-cv-00217-GMN-DJA<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

BREMER WHYTE BROWN & O'MEARAM LLP, counsel for Defendant SPARKS MAREKTING, LLC, hereby requests that the following attorneys be

///

///

///

///

1

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

1287.761  4857-6466-6810.1
4865-2522-3833, v. 1

removed from the CM/ECF service list as they are no longer associated with this matter:

  Thuong (Cindy) H. Nguyen, Esq.

Dated: April 29, 2024      BREMER WHYTE BROWN & O'MEARA LLP

              By: */s/ Melissa Ingleby*
                Lucian J. Greco, Jr., Esq.,
                Nevada State Bar No. 10600
                Melissa Ingleby, Esq.,
                Nevada State Bar No. 12935
                *Attorneys for Defendant*
                *SPARKS MARKETING, LLC*

**IT IS SO ORDERED**.

DATED: 4/30/2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

1287.761  4857-6466-6810.1
4865-2522-3833, v. 1

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of April 2024, a true and correct copy of **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** was electronically filed and served upon all parties requesting notice via the United States District Court CM/ECF system.

            */s/ Kay Agustin*
            An Employee of BREMER WHYTE BROWN & O'MEARA, LLP

1287.761  4857-6466-6810.1
4865-2522-3833, v. 1