**SAO**
LUCIAN J. GRECO, JR., ESQ.
Nevada State Bar No. 10600
MELISSA INGLEBY, ESQ.
Nevada State Bar No. 12935
BREMER WHYTE BROWN & O'MEARA, LLP
1160 N. TOWN CENTER DRIVE
SUITE 250
LAS VEGAS, NV 89144
TELEPHONE:  (702) 258-6665
FACSIMILE:  (702) 258-6662
lgreco@bremerwhyte.com
mingleby@bremerwhyte.com

Attorneys for Defendant,
SPARKS MARKETING, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PIRAYEH M. NAJMABADI, an individual,<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>THELIOS USA INC., a Foreign Corporation; LVMH MOET HENNESSY LOUIS VUITTON INC., a Foreign Corporation; SPARKS MARKETING, LLC, a Foreign Limited-Liability Company; DOES I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>　　　　　Defendants. | Case No. 2:24-cv-00217-GMN-DJA<br><br>~~STIPULATION AND~~ ORDER **TO EXTEND DISCOVERY DEADLINES (FIRST REQUEST)** |

**IT IS HEREBY STIPULATED AND AGREED TO** by and between Plaintiff

PIRAYEH M. NAJMABADI ("Plaintiff"), by and through her attorney of record,

Brian E. Lunt, Esq. of the law firm Edward M. Bernstein & Associates, and Defendants

THELIOS USA INC., and LVMH MOET HENNESSY LOUIS VUITTON INC., by

and through their attorney of record, Loren S. Young, Esq. of the law firm Lincoln

Gustafson & Cercos LLP,  and Defendant SPARKS MARKETING, LLC ("Defendant

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

1

1287.761  4864-1858-5012, v. 1

Sparks"), by and through its attorneys of record, Lucian J. Greco, Esq., and Melissa Ingleby, Esq., of the law firm Bremer Whyte Brown & O'Meara LLP, and for good cause that the discovery deadlines in the above-entitled matter be extended by one hundred twenty (120) days to allow for necessary discovery.

## I.

## DISCOVERY COMPLETED TO DATE

Listed below is a statement specifying the discovery completed in this case:

1. Plaintiff's Initial List of Witnesses and Production of Documents made pursuant to FRCP 26(a)(1).

2. Defendants' THELIOS USA INC., and LVMH MOET HENNESSY LOUIS VUITTION INC Initial List of Witnesses and Production of Documents made pursuant to FRCP 26(a)(1).

3. Defendant SPARKS MARKETING, LLC Initial List of Witnesses and Production of Documents made pursuant to FRCP 26(a)(1).

## II.

## DISCOVERYREMAINING TO BE COMPLETED

The Parties plan to complete the following discovery:

1. Written discovery of all parties;

2. Subpoena new medical records for recent treatment of Plaintiff

3. Depositions of various witnesses including, but not limited to:

   a. The parties;

   b. The parties' retained initial and rebuttal experts; and

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

2

1287.761  4864-1858-5012, v. 1

c.  Other percipient witnesses as needed;

4.  Initial Expert Disclosures;

5.  Rebuttal Expert Disclosures; and

6.  Other discovery as needed.

### III.

### REASONS DISCOVERY HAS NOT BEEN COMPLETED

Good cause exists to grant the Parties' request for an extension to discovery deadlines. This is the first request for an extension. Despite the parties' diligence and good faith attempts to pursue discovery in preparation for their respective case, majority of discovery remains to be completed.

To that end, the parties recently learned of two new parties that must be brought into the case. As a result, the parties agreed to stipulate to leave to file a Third-Party Complaint and bring the new parties into the matter. A Stipulation and Order in that regard was recently granted. Therefore, the parties respectfully request a 120-day extension to allow the new third party to participate in discovery. As such, the deadlines cannot be reasonably met despite the diligence of the Parties who seek the extension. *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).

The parties are actively engaging in discovery in this matter. Furthermore, the parties are acting in good faith in filing this Stipulation and without an intent to improperly delay the proceedings. Continuing the deadlines for completing discovery

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

3

will not prejudice any party or have a negative impact upon the judicial administration of this Honorable Court. Accordingly, the Parties are requesting a 120-day extension to all remaining discovery deadlines.

## IV.

## PROPOSED SCHEDULE FOR COMPLETING DISCOVERY

The Parties hereto, and for good cause described in this stipulation, and in accord with Local Rule 6-1 and Local Rule 26-3, request this Honorable Court to adopt and approve this stipulated extension to the discovery plan, and continue the discovery deadlines as requested below:

| DISCOVERY EVENT | CURRENT DEADLINES | PROPOSED DEADLINES |
|---|---|---|
| Add Parties and Amended Pleadings | April 30, 2024 | **August 28, 2024** |
| Initial Expert Disclosures | May 30, 2024 | **September 27, 2024** |
| Rebuttal Expert Disclosures | June 28, 2024 | **October 28, 2024** |
| Close of Discovery | July 29, 2024 | November 29, 2024 |
| Dispositive Motions | August 28, 2024 | **December 26, 2024** |
| Joint Pre-Trial Order | September 27, 2024 | **January 27, 2025** |

///

///

///

///

///

///

///

///

///

///

///

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

4

1    The parties hereby stipulate to the proposed changes in the discovery deadlines.

2

3    Dated: April 30th, 2024                Dated: April 30th, 2024

4

5    BREMER WHYTE BROWN          EDWARD M. BERNSTEIN &
    & O'MEARA LLP                  ASSOCIATES

6

7    */s/ Melissa Ingleby*              */s/ Brian E. Lunt*
    LUCIAN J. GRECO, JR., ESQ.      BRIAN E. LUNT, ESQ.

8    Nevada State Bar No. 10600       Nevada State Bar No. 11189

9    MELISSA INGLEBY, ESQ.        500 South Fourth Street
    Nevada Bar No. 12935           Las Vegas, Nevada 89101

10   1160 North Town Center Drive    *Attorney for Plaintiff*

11   Suite 250
    Las Vegas, Nevada 89144

12   *Attorneys for Defendant*
    *SPARKS MARKETING, LLC*

13

14

15   Dated: April 30th, 2024

16   LINCOLN, GUSTAFSON & CERCOS

17

18   */s/ Loren S. Young*
    LOREN S. YOUNG, ESQ.

19   Nevada State Bar No. 7567

20   7670 West Lake Mead Boulevard
    Las Vegas, Nevada 89128

21   *Attorney for Defendants*

22   *THELIOS USA INC. & LVMH MOET*
    *HENNESSY LOUIS VUITTON INC.*

23

24

25

26

27

28

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

5

1287.761  4864-1858-5012, v. 1

# ORDER

Based upon the stipulation of the parties hereto, and for good cause appearing:
IT IS HEREBY ORDERED that the discovery deadlines are extended as follows:

| Event: | Deadline: |
|---|---|
| Motions to amend pleadings and add parties: | August 28, 2024 |
| Expert Designations: | September 27, 2024 |
| Rebuttal Expert Designations: | October 28, 2024 |
| Discovery Cutoff Date: | November 29, 2024 |
| Dispositive Motions: | December 26, 2024 |
| Joint Pre-Trial Order: | January 27, 2025 |

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: May 1, 2024

Respectfully submitted,

BREMER WHYTE BROWN & O'MEARA LLP


By:  __/s/ Melissa Ingleby_____
    LUCIAN J. GRECO, JR., ESQ.
    Nevada Bar No. 10600
    MELISSA INGLEBY, ESQ.
    Nevada Bar No. 12935
    *Attorneys for Defendant*
    *Sparks Marketing, LLC*

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

6

1287.761  4864-1858-5012, v. 1

**Kay Agustin**

---

| | |
|---|---|
| **Subject:** | FW: Najmabadi v. Thelios USA Inc., et al. /BWBO 1287.761 |
| **Importance:** | High |

---

**From:** Brian E. Lunt <blunt@edbernstein.com>
**Sent:** Tuesday, April 30, 2024 4:04 PM
**To:** Melissa Ingleby <mingleby@bremerwhyte.com>; Loren Young <lyoung@lgclawoffice.com>; Cheryl Giammona <CGiammona@lgclawoffice.com>; Alicia Lutz <alutz@edbernstein.com>
**Cc:** Lucian J. Greco, Jr. <lgreco@bremerwhyte.com>; Kay Agustin <kagustin@bremerwhyte.com>; Katarzyna A. Hunt <khunt@bremerwhyte.com>; NajmabadiTheliosLVMHZ4560627@lgclawoffice.filevineapp.com
**Subject:** Re: Najmabadi v. Thelios USA Inc., et al. /BWBO 1287.761

Melissa,

You have my permission to use my electronic signature as well.

Sincerely,


**Brian E. Lunt, Esq**
Senior Associate Attorney
**Edward M. Bernstein & Associates**
Main: 702-240-0000
Direct: 702-471-5624
Fax: 702-385-4640
blunt@edbernstein.com



---

**From:** Melissa Ingleby <mingleby@bremerwhyte.com>
**Sent:** Tuesday, April 30, 2024 12:27 PM
**To:** Loren Young <lyoung@lgclawoffice.com>; Brian E. Lunt <blunt@edbernstein.com>; Cheryl Giammona <CGiammona@lgclawoffice.com>; Alicia Lutz <alutz@edbernstein.com>
**Cc:** Lucian J. Greco, Jr. <lgreco@bremerwhyte.com>; Kay Agustin <kagustin@bremerwhyte.com>; Katarzyna A. Hunt <khunt@bremerwhyte.com>; NajmabadiTheliosLVMHZ4560627@lgclawoffice.filevineapp.com <NajmabadiTheliosLVMHZ4560627@lgclawoffice.filevineapp.com>
**Subject:** RE: Najmabadi v. Thelios USA Inc., et al. /BWBO 1287.761

Thanks for catching that, Loren!

Brian – any changes?

Thanks, all!


**Melissa Ingleby**
Bremer Whyte Brown & O'Meara, LLP | Las Vegas, NV
d: 725.210.8817
t: 702.258.6665
f: 702.258.6662

---

**From:** Loren Young <lyoung@lgclawoffice.com>
**Sent:** Tuesday, April 30, 2024 10:29 AM
**To:** Melissa Ingleby <mingleby@bremerwhyte.com>; Brian E. Lunt <blunt@edbernstein.com>; Cheryl Giammona <CGiammona@lgclawoffice.com>; Alicia Lutz <alutz@edbernstein.com>
**Cc:** Lucian J. Greco, Jr. <lgreco@bremerwhyte.com>; Kay Agustin <kagustin@bremerwhyte.com>; Katarzyna A. Hunt <khunt@bremerwhyte.com>; NajmabadiTheliosLVMHZ4560627@lgclawoffice.filevineapp.com
**Subject:** RE: Najmabadi v. Thelios USA Inc., et al. /BWBO 1287.761

Thanks.  I had a couple redlines to the attached.