**SUBT**
ROBERT E. SCHUMACHER, ESQ.
Nevada Bar No. 7504
DIONE C. WRENN, ESQ.
Nevada Bar No. 13285
**GORDON REES SCULLY MANSUKHANI, LLP**
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101
Telephone: (702) 577-9300
Direct Line: (702) 577-9319
Facsimile: (702) 255-2858
Email: rschumacher@grsm.com
dwrenn@grsm.com

*Attorneys for Defendants,*
*THELIOS USA INC., and LVMH MOET HENNESSY LOUIS VUITTON INC.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PIRAYEH M. NAJMABADI, individually | CASE NO. 2:24-cv-00217 |
| Plaintiff, | |
| vs. | **SUBSTITUTION OF COUNSEL** |
| THELIOS USA INC., a Foreign Corporation; LVMH MOET HENNESSY LOUIS VUITTON INC., a Foreign Corporation; SPARKS MARKETTING LLC, a Foreign Limited-Liability Company; DOES I through X; and ROE CORPORATIONS XI through XX, inclusive, | |
| Defendants. | |

///
///
///
///
///
///
///
///

-1-

## SUBSTITUTION OF COUNSEL

Defendants THELIOS USA INC., and LVMH MOET HENNESSY LOUIS VUITTON INC. (hereinafter collectively as "Defendants"), hereby substitutes Robert E. Schumacher, Esq. and Dione C. Wrenn, Esq., of the law firm GORDON REES SCULLY MANSUKHANI, LLP, as attorney of record, in place and stead of Loren S. Young, Esq. of the law firm LINCOLN, GUSTAFSON & CERCOS, LLP.

DATED this 18 day of September 2024.          DATED this 18 day of September 2024.

**THELIOS USA INC.**                          **LVMH MOET HENNESSY LOUIS VUITTON INC**

By: _____                    By: _____

Its: In-House Counsel                         Its: In-House Counsel

LINCOLN, GUSTAFSON & CERCOS, LLP. hereby agrees and consents to the substitution of Robert E. Schumacher, Esq., and Dione C. Wrenn, Esq., of the law firm of GORDON REES SCULLY MANSUKHANI, LLP as attorney of record for THELIOS USA INC., and LVMH MOET HENNESSY LOUIS VUITTON INC.

DATED this 18th day of September 2024

**LINCOLN, GUSTAFSON & CERCOS, LLP.**

*/s/ Loren S. Young*
LOREN S. YOUNG, ESQ.
Nevada Bar No. 7567
7670 W. Lake Mead Blvd, Suite 200
Las Vegas, Nevada 89128
***Attorneys for Defendant***
***THELIOS USA INC., and LVMH MOET HENNESSY LOUIS VUITTON INC.***

1  Robert E. Schumacher, Esq. and Dione C. Wrenn, Esq. of the law firm of GORDON
2  REES SCULLY MANSUKHANI, LLP hereby accepts substitution of attorney of record for
3  THELIOS USA INC., and LVMH MOET HENNESSY LOUIS VUITTON INC. in this matter.
4  DATED this ____ day of September 2024

**GORDON REES SCULLY MANSUKHANI LLP**

_____
ROBERT E. SCHUMACHER, ESQ.
Nevada Bar No.7504
DIONE C. WRENN, ESQ.
Nevada Bar No. 13285
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101
*Attorneys for Defendant*
***THELIOS USA INC., and LVMH MOET HENNESSY LOUIS VUITTON INC.***

**IT IS SO ORDERED**.

DATED: 9/19/2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

-3-