**SAO**
MELISSA INGLEBY, ESQ.
Nevada State Bar No. 12935
ASHLEY L. ZURKAN, ESQ.
Nevada State Bar No. 16473
BREMER WHYTE BROWN & O'MEARA, LLP
1160 N. TOWN CENTER DRIVE
SUITE 250
LAS VEGAS, NV 89144
TELEPHONE:  (702) 258-6665
FACSIMILE:  (702) 258-6662
mingleby@bremerwhyte.com
azurkan@bremerwhyte.com

Attorneys for Defendant,
SPARKS MARKETING, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PIRAYEH M. NAJMABADI, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> THELIOS USA INC., a Foreign Corporation; LVMH MOET HENNESSY LOUIS VUITTON INC., a Forseign Corporation; SPARKS MARKETING, LLC, a Foreign Limited-Liability Company; DOES I through X; and ROE CORPORATIONS XI through XX, inclusive, <br><br> Defendants. | Case No. 2:24-cv-00217-GMN-DJA <br><br> **AMENDED STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES (SECOND REQUEST)** |

**IT IS HEREBY STIPULATED AND AGREED TO** by and between Plaintiff PIRAYEH M. NAJMABADI ("Plaintiff"), by and through her attorney of record, Brian E. Lunt, Esq. of the law firm Edward M. Bernstein & Associates, and Defendants THELIOS USA INC., and LVMH MOET HENNESSY LOUIS VUITTION INC. ("LVMH"), by and through their attorney of record, Robert Schumacher. of the law firm Gordon Rees LLP,  Defendant SPARKS MARKETING, LLC ("SPARKS"), by

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

1

1287.761  4881-7252-7839, v. 1

and through its attorneys of record, Melissa Ingleby, Esq., and Ashley L. Zurkan, Esq., of the law firm Bremer Whyte Brown & O'Meara LLP, Defendant SRS FABRICATION INC. ("SRS"), by and through its attorney Kevin S. Smith, Esq., of the law firm Hall Jaffe, and Defendant CSI WORLDWIDE ("CSI"), by and through its attorney Megan K. Dorsey of the law firm Koeller Nebeker Carlson Haluck LLP, and for good cause that the discovery deadlines in the above-entitled matter be extended by ninety-seven (97) days to allow for necessary discovery.

## I.
## DISCOVERY COMPLETED TO DATE

Listed below is a statement specifying the discovery completed in this case:

1. Plaintiff's Initial List of Witnesses and Production of Documents made pursuant to FRCP 26(a)(1).

2. Defendants' LVMH Initial List of Witnesses and Production of Documents made pursuant to FRCP 26(a)(1).

3. Defendant SPARKS Initial List of Witnesses and Production of Documents made pursuant to FRCP 26(a)(1).

4. Defendant SRS Initial List of Witnesses and Production of Documents made pursuant to FRCP 26(a)(1).

4. Defendant SPARKS First Set of Interrogatories, Requests for Admission, and Requests for Production to Plaintiff made pursuant to FRCP 33, 34, and 36.

5. Defendant SPARKS First Set of Interrogatories, Requests for Admission, and Requests for Production to CSI Worldwide made pursuant to FRCP 33, 34, and 36. CSI Worldwide has not yet responded.

6. Defendant SPARKS First Set of Interrogatories, Requests for Admission, and

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

2

1287.761  4881-7252-7839, v. 1

Requests for Production to SRS Fabrication, Inc., made pursuant to FRCP 33, 34, and 36. SRS Fabrication, Inc. responded on September 26, 2024.

7. Defendant SPARKS MARKETING Subpoena Duces Tecum to Emerging Vision, Inc., made pursuant to FRCP 45(d). Emerging Vision has not yet responded.

8. Defendant SPARKS Subpoena Duces Tecum to Hartford Insurance, made pursuant to FRCP 45(d). Hartford Insurance has not yet responded.

## II.
## DISCOVERY REMAINING TO BE COMPLETED

The Parties plan to complete the following discovery:

1. Written discovery of all parties regarding new claims made in Plaintiff's Amended Complaint and in Cross-claims by SRS FABRICATION, INC. and CSI WORLDWIDE;

2. Subpoena new medical records for recent treatment of Plaintiff;

3. Depositions of various witnesses including, but not limited to:

    a. The parties;

    b. The parties' retained initial and rebuttal experts; and

    c. Other percipient witnesses as needed;

4. Initial Expert Disclosures;

5. Rebuttal Expert Disclosures; and

6. Other discovery as needed.

///

///

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

3

1287.761  4881-7252-7839, v. 1

## III.
## REASONS DISCOVERY HAS NOT BEEN COMPLETED

Good cause exists to grant the Parties' request for an extension to discovery deadlines. This is the second request for an extension. Despite the parties' diligence and good faith attempts to pursue discovery in preparation for their respective case, majority of discovery remains to be completed.

Under LR 26-3, if a stipulation is submitted after the expiration of the applicable discovery deadlines being extended, the parties must demonstrate good cause and excusable neglect. Here, the stipulation is not being submitted before the expiration of the initial expert deadline due to various issues that have caused the parties to experience delay in the deadline for expert disclosures.

The parties recently agreed to stipulate to allow Plaintiff to amend her Complaint to add a claim for strict product liability and name SRS Fabrication, Inc. and CSI Worldwide as Defendants. A Stipulation and Order in that regard was granted on August 30, 2024. The parties are now answering cross-claims and addressing new claims and specific factual allegations raised in the Amended Complaint and Answers and Cross-Claims thereto. Among these allegations are factual assertions regarding transportation issues and repair that first appeared in SRS and CSI's Cross-Claims. Such claims require additional expert testimony and have made the current expert deadlines impossible due to expert schedules and the need for additional discovery. As such, the deadlines cannot be reasonably met despite the diligence of the Parties who seek the extension. *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).

The parties have also been conferring and cooperating on the need for additional time to complete expert testimony before the Initial Expert deadline. On September 20, 2024, the parties met and conferred pursuant to Rule 26(f) to address the new claims and recent amendments. [See Notice, attached as Exhibit A]. At this conference, the parties agreed to the deadlines in this Stipulation and Order. In reliance on this

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

4

1287.761  4881-7252-7839, v. 1

agreement, the parties continued discovery and engaged experts to address the Plaintiff's Amended Complaint, which now included a claim for strict liability. The undersigned mistakenly believed that a new Scheduling Order would circulate and address the deadlines, making this Stipulation moot. Upon realizing her error, the undersigned again conferred on these deadlines, confirmed that all parties had been relying on them, and submitted the Stipulation to the court on October 11, 2024. [ECF 52].

It is believed the Court's granting of this Stipulation would further the interests of justice and advance the merits of this case. Accordingly, this request for an extension of time is not sought for any improper purpose or other purpose of delay. Rather, it is sought by the parties solely for the purpose of allowing sufficient time to conduct discovery, including expert analysis and evaluation as noted above. Accordingly, the Parties are requesting a 97-day extension to all remaining discovery deadlines to allow all parties to fully participate in discovery, allow experts to address strict liability claims, and to avoid holiday interruptions.

## IV.
## PROPOSED SCHEDULE FOR COMPLETING DISCOVERY

The Parties hereto, and for good cause described in this stipulation, and in accord with Local Rule 6-1 and Local Rule 26-3, request this Honorable Court to adopt and approve this stipulated extension to the discovery plan, and continue the discovery deadlines as requested below:

| DISCOVERY EVENT | CURRENT DEADLINES | PROPOSED DEADLINES |
|---|---|---|
| Initial Expert Disclosures | September 27, 2024 | **January 2, 2025** |
| Rebuttal Expert Disclosures | October 28, 2024 | **February 3, 2025** |
| Close of Discovery | November 28, 2024 | **March 5, 2025** |
| Dispositive Motions | December 26, 2024 | **April 2, 2025** |
| Joint Pre-Trial Order | January 27, 2025 | **May 5, 2025** |

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

5

1287.761  4881-7252-7839, v. 1

The parties hereby stipulate the proposed changes in the discovery deadlines.

| | |
|---|---|
| Dated: October 16, 2024 | Dated: October 16, 2024 |
| BREMER WHYTE BROWN & O'MEARA LLP | KOELLER NEBEKER CARLSON & HALUCK, LLP |
| /s/ Ashley L. Zurkan<br>Melissa Ingleby, Esq.<br>Nevada Bar No. 12935<br>Ashley L. Zurkan, Esq.<br>Nevada State Bar No. 16473<br>1160 North Town Center Drive<br>Suite 250<br>Las Vegas, Nevada 89144<br>*Attorneys for Defendant*<br>*SPARKS MARKETING, LLC* | /s/   Megan K. Dorsey<br>Megan K. Dorsey, Esq.<br>Nevada State Bar No. 6959<br>300 S. 4th Street, Suite 500<br>Las Vegas, Nv 89101<br>*Attorney for Defendant,*<br>*CSI WORLDWIDE* |
| Dated: October 11, 2024 | Dated: October 16, 2024 |
| GORDON REES SCULLY MANSUKHANI LLP | HALL JAFFE, LLP |
| /s/ Dionne Wren       .<br>Robert Schumacher, Esq.<br>Nevada State Bar No. 7504<br>Dionne C. Wren, Esq.<br>Nevada State Bar No. 13285<br>300 South Fourth Street, Suite 1550<br>Las Vegas, NV 89101<br>*Attorney For Defendants*<br>*THELIOS USA INC. & LVMH MOET HENNESSY LOUIS VUITTON INC.* | /s/ Kevin S. Smith<br>Steven T. Jaffe, Esq.<br>Nevada Bar No 7035<br>Kevin S Smith, Esq.<br>Nevada Bar No. 7184<br>7425 Peak Drive<br>Las Vegas, Nevada 89128<br>*Attorney for Third-Party Defendant,*<br>*SRS FABRICATION, INC.* |
| Dated: October 16, 2024 | |
| EDWARD M. BERNSTEIN & ASSOCIATES | |
| /s/ Brian E. Lunt<br>Brian E. Lunt, Esq.<br>Nevada State Bar No. 11189<br>500 South Fourth Street<br>Las Vegas, Nevada 89101<br>*Attorney for Plaintiff* | |

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

6

1287.761  4881-7252-7839, v. 1

# ORDER

Based upon the stipulation of the parties hereto, and for good cause appearing:

IT IS HEREBY ORDERED that the discovery deadlines are extended as follows:

| Event: | Deadline: |
|---|---|
| Expert Designations: | January 2, 2025 |
| Rebuttal Expert Designations: | February 3, 2025 |
| Discovery Cutoff Date: | March 5, 2025 |
| Dispositive Motions: | April 2, 2025 |
| Joint Pre-Trial Order: | May 5, 2025 |

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE
DATED: 10/18/2024

Respectfully submitted,

BREMER WHYTE BROWN & O'MEARA LLP

By: /s/ Ashley L. Zurkan
   Melissa Ingleby, Esq.
   Nevada State Bar No. 12935
   Ashley L. Zurkan, Esq.
   Nevada State Bar No. 16473
   *Attorneys For Defendant*
   *Sparks Marketing, LLC*

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

7

1287.761  4881-7252-7839, v. 1